**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1749**

ORLANDO A. LEE, SR.,

             Plaintiff - Appellant,

      v.

BRIAN CENTER,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., Chief District Judge. (3:11-cv-00536-RJC-DSC)

Submitted:  September 11, 2012      Decided:  September 13, 2012

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Orlando A. Lee, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando A. Lee, Sr., appeals the district court's order construing his motion to reopen his case as a Fed. R. Civ. P. 60(b) motion and denying the motion. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Lee's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. Accordingly, we deny Lee's motion for a transcript at the government's expense and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2